JAMES A. DiBOISE, State Bar No. 083296
ELIZABETH M. SAUNDERS, State Bar No. 138249
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiffs
GROUPE CANAL+ S.A.,
CANAL+ TECHNOLOGIES, S.A. and
CANAL+ TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUPE CANAL+ S.A., CANAL+ TECHNOLOGIES, S.A., CANAL+ TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NDS GROUP PLC, NDS AMERICAS, INC.,<br><br>Defendants. | CASE NO.: C02-01178 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER COMPELLING THE DEPOSITIONS OF ABRAHAM PELED AND ZWI SHKEDY** |

Plaintiffs Groupe Canal+ S.A., Canal+ Technologies S.A., and Canal+ Technologies, Inc. ("Canal+") and Defendants NDS Group PLC and NDS Americas, Inc. ("NDS") hereby stipulate and agree as follows:

WHEREAS, pursuant to communications between counsel for Canal+ and NDS, this stipulation constitutes a commitment by NDS to produce Abraham Peled and Zwi Shkedy for deposition on the dates and times indicated below with no exception and pursuant to a duly entered ORDER of this Court;

WHEREAS, NDS further agrees that these depositions will be conducted pursuant to the discovery agreements reached between counsel for Canal+ and NDS in late April / early May 2002 and which were followed in the deposition of Reuven Hasak on May 29, 2002;

IT IS HEREBY STIPULATED AND AGREED, by and among Canal+ and NDS, through their respective counsel, and is HEREBY ORDERED by this Court that:

1. The deposition of Mr. Abraham Peled, Executive Director and President and Chief Executive of NDS Group PLC, will take place for a full day on September 19, 2002 and during the morning of September 20, 2002 in the offices of Wilson, Sonsini, Goodrich & Rosati, in New York, New York.

2. The deposition of Zwi Shkedy will take place on the afternoon of September 20, 2002, following Mr. Peled's deposition in the same location in New York, New York.

Dated: September 6, 2002

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/James A. DiBoise
    James A. DiBoise

Attorneys for Plaintiffs
GROUPE CANAL+ S.A.,
CANAL+ TECHNOLOGIES, S.A. and
CANAL+ TECHNOLOGIES, INC.

| | | |
|---|---|---|
| Dated: September 6, 2002 | | O'MELVENY & MYERS LLP |

By: /s/Patrick Lynch
    Patrick Lynch

Attorneys for Defendants
NDS GROUP PLC and NDS AMERICAS, INC.

IT IS SO ORDERED.

Date: September ___, 2002    _____
                              Honorable Vaughan R. Walker