UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUPE CANAL+ S.A., CANAL+ TECHNOLOGIES, S.A., CANAL+ TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NDS GROUP PLC, NDS AMERICAS, INC., NDS ISRAEL, LTD., <br><br> Defendants. | CASE NO.: C02-01178 (VRW) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Vaughn R. Walker |

Pursuant to Rule 41(a), due to settlement of the action the parties to the above-entitled action hereby stipulate that it shall be dismissed with prejudice, each side to bear its own costs.

Dated:  April 30, 2003          James A. DiBoise
                                Elizabeth M. Saunders
                                WILSON SONSINI GOODRICH & ROSATI

                                By:_____/s/James A. DiBoise_____
                                        James A. DiBoise
                                Attorneys for Plaintiffs
                                Groupe Canal+ S.A., Canal+ Technologies, S.A.,
                                Canal+ Technologies, Inc.

Dated:  April 22, 2003          Patrick Lynch
                                Darin W. Snyder
                                O'MELVENY & MYERS LLP

                                By:_____/s/Darin W. Snyder_____
                                        Darin W. Snyder
                                Attorneys for Defendants
                                NDS Group PLC, NDS Americas, Inc.,
                                NDS Israel, Ltd.

I, Elizabeth M. Saunders, am the ECF User whose identification and password are being used to file this Stipulation For Dismissal With Prejudice.  In compliance with General Order 45.X.B., I hereby attest that James A. DiBoise and Darin W. Snyder have concurred in this filing.

Dated: April 30, 2003           WILSON SONSINI GOODRICH & ROSATI

                                By:_____/s/Elizabeth M. Saunders_____
                                        Elizabeth M. Saunders
                                Attorneys for Plaintiffs
                                Groupe Canal+ S.A., Canal+ Technologies, S.A.,
                                Canal+ Technologies, Inc.

IT IS SO ORDERED.

Dated: _____, 2003     _____
                                The Honorable Vaughn R. Walker
                                Judge, United States District Court

STIPULATION FOR DISMISSAL WITH PREJUDICE          2
CASE NO. C02-01178 VRW